BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
Suite 4401, Federal Courthouse
2500 Tulare Street
Fresno, CA   93721
Telephone: (559) 497-4000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                             )<br>          Plaintiff,         )<br>                             )<br>     v.                      )<br>                             )<br>SERGIO HECTOR AGUILAR,       )<br>                             )<br>          Defendant.         )<br>_____) | 1:96-cr-005040 LJO<br><br>STIPULATION AND ORDER RE:<br>INITIAL APPEARANCE |

Defendant SERGIO HECTOR AGUILAR, by and through his attorney, GARY HUSS, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby stipulate that the initial appearance for the above-named defendant in connection with the petition for violation of supervised release filed herein in this matter shall be held before U.S. Magistrate Judge Barbara A. McAuliffe on February 8, 2012, at 1:30.

Dated: January 27, 2012             Respectfully submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney

                                By: /s/ Karen A. Escobar

|   |   |
|---|---|
|   | KAREN A. ESCOBAR<br>Assistant U.S. Attorney |
| Dated: January 27, 2012 | /s/ Gary Huss<br>GARY HUSS<br>Attorney for Defendant<br>SERGIO HECTOR AGUILAR |

# O R D E R

IT IS THE ORDER OF THE COURT THAT the initial appearance for the above-named defendant in connection with the petition for violation of supervised release filed herein in this matter shall be held before U.S. Magistrate Judge Barbara A. McAuliffe on February 8, 2012, at 1:30.

IT IS SO ORDERED.

**Dated:   January 27, 2012**             /s/ Dennis L. Beck
                                           UNITED STATES MAGISTRATE JUDGE