BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone:  (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:96CR5040 LJO |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION RE: |
| | ) | CONTINUANCE AND ORDER |
| SERGIO HECTOR AGUILAR, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendants SERGIO HECTOR AGUILAR, by and through his

attorney, GARY HUSS, and the United States of America, by and

through its attorneys, BENJAMIN B. WAGNER, United States Attorney,

and KAREN A. ESCOBAR, Assistant United States Attorney, hereby

enter into the following stipulation:

1.  The parties to the above-captioned matter are actively

pursuing plea-related discussions and negotiations and need

additional time to reach a mutually satisfactory resolution.

2.  The parties to the above-captioned matter therefore agree

to vacate the April 9, 2012, status conference date in this

matter.

1

1     3.  The parties agree to re-set the matter for status

2 conference on June 25, 2012, at 8:30 a.m.

3     4.  The parties further stipulate that the continuance is

4 necessitated by the parties' desire to continue discussions toward

5 a pre-trial resolution of this matter.

6     5.  The parties stipulate that time would be excluded under

7 the Speedy Trial Act and that the ends of justice served by

8 granting the requested continuance outweigh the best interests of

9 the public and the defendant in a speedy trial, in that the

10 failure to grant the continuance would deny the parties sufficient

11 time to pursue plea negotiations.

12 DATED: April 6, 2012                 Respectfully submitted,

13                                       BENJAMIN B. WAGNER
                                      United States Attorney

14                                       By /s/ Karen A. Escobar

15                                        KAREN A. ESCOBAR
                                      Assistant U.S. Attorney

16

17 DATED: April 6, 2012                 /s/ Gary Huss
                                      GARY HUSS

18                                       Attorney for Defendant
                                      SERGIO HECTOR AGUILAR

19

20                              O R D E R

21     Having read and considered the parties' stipulation to vacate

22 the status conference date of April 9, 2012,  and reset the matter

23 for June 25, 2012, at 8:30 a.m.,

24     IT IS THE ORDER of the Court that the status conference

25 currently set for April 9, 2012, is hereby vacated and the matter

26 is reset for a further status conference on June 25, 2012, at 8:30

27 a.m.

28

                            2

1     The Court further finds that the ends of justice served by
2  granting the requested continuance outweigh the best interests of
3  the public and the defendant in a speedy trial, in that the
4  failure to grant the continuance would deny the parties an
5  opportunity to potentially resolve the matter.

6     WHEREFORE IT IS HEREBY ORDERED that time shall be excluded in
7  the interest of justice.

8

9  DATED: April 6, 2012        _/s/ Lawrence J. O'Neill
                               LAWRENCE J. O'NEILL
10                           U.S. District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28